UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PETER MARK COCA,<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>WARDEN BRIAN WILLIAMS, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 2:20-cv-01494-KJD-DJA<br><br>ORDER |

　　　This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Nevada state prisoner Peter Mark Coca.  Before the court are several motions for extension of time and a motion to file certain exhibits under seal. With respect to the motion to seal, while courts prefer the public retain access to judicial filings and documents, *see Nixon v. Warner Commc'ns Inc*., 435 U.S. 589, 597 (1978), a party may request sealing of a judicial record by demonstrating "compelling reasons" to prevent public access, *see Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Here, petitioner requests leave to file certain medical records under seal. Medical privacy is a compelling reason, and the motion is granted.

　　　**IT IS THEREFORE ORDERED** that petitioner's motion for leave to file certain exhibits under seal (ECF No. 21) is **GRANTED**.

**IT IS FURTHER ORDERED** that petitioner's four unopposed motions for extension of time to file the first-amended petition (ECF Nos. 13, 14, 15, 17) are all **GRANTED** *nunc pro tunc*.

DATED: 13 January 2022.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE