UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PETER MARK COCA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN BRIAN WILLIAMS, et al.,<br><br>Respondents. | Case No. 2:20-cv-01494-KJD-DJA<br><br>ORDER |

Respondents have filed an unopposed motion for extension of time to file their response to Peter Coca's 28 U.S.C. § 2254 first-amended habeas corpus petition (ECF No. 24). Good cause appearing,

**IT IS ORDERED** that respondents' motion for extension of time to file a response to the first-amended petition (ECF No. 24) is **GRANTED**. Respondents must file the response on or before March 30, 2022.

DATED: 1 March 2022.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

1