UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

PETER MARK COCA,

Petitioner,

v.

WARDEN BRIAN WILLIAMS, et al.,

Respondents.

Case No. 2:20-cv-01494-KJD-DJA

ORDER

 28 U.S.C. § 2254 habeas corpus petitioner Peter Mark Coca has filed an unopposed motion for extension of time to file his opposition to respondents' motion to dismiss (ECF No. 49). Good cause appearing,

 **IT IS ORDERED** that petitioner's first motion for extension of time to file an opposition to the motion to dismiss (ECF No. 49) is **GRANTED**. **The deadline to file the response is July 15, 2022.**

 DATED: 30 June 2022.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE