UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PETER MARK COCA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WARDEN BRIAN WILLIAMS, et al.,<br><br>　　　　Respondents. | Case No. 2:20-cv-01494-KJD-DJA<br><br>ORDER |

Respondents seek an extension of time to respond to Peter Mark Coca's motion to stay and abey his 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 54.) Good cause appearing,

**IT IS ORDERED** that respondents' unopposed motion for extension of time to file a response to the motion for stay and abeyance (ECF No. 54) is **GRANTED**. The deadline to file the response is extended to August 12, 2022.

DATED: 1 August 2022.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

1