UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PETER MARK COCA, | Case No. 2:20-cv-01494-KJD-DJA |
| Petitioner, | ORDER |
| v. | |
| WARDEN BRIAN WILLIAMS, et al., | |
| Respondents. | |

Respondents ask the court for a brief extension to file a response to Nevada state prisoner Peter Mark Coca's first-amended 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 63.) Good cause appearing, the motion is granted.

IT IS THEREFORE ORDERED that respondents' unopposed motion for extension of time to respond to the first-amended petition **(ECF No. 63) is GRANTED**. **The deadline to respond is extended to December 9, 2024.**

DATED: 26 November 2024.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE