UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PETER MARK COCA, | Case No. 2:20-cv-01494-KJD-DJA |
| Petitioner, | ORDER |
| v. | |
| WARDEN BRIAN WILLIAMS, et al., | |
| Respondents. | |

Petitioner Peter Mark Coca asks the court for an extension to file an opposition to respondents' motion to dismiss his first-amended 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 69.) Good cause appearing,

IT IS ORDERED that petitioner's unopposed motion for extension of time to oppose the motion to dismiss **(ECF No. 69) is GRANTED** *nunc pro tunc.* **The deadline is extended to March 24, 2025.**

DATED: 24 January 2025.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE