UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PETER MARK COCA, | Case No. 2:20-cv-01494-KJD-DJA |
| Petitioner, | ORDER |
| v. | |
| WARDEN BRIAN WILLIAMS, et al., | |
| Respondents. | |

Respondents ask the court for an extension to file a reply in support of their amended motion to dismiss Peter Mark Coca's 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 72.) Good cause appearing,

IT IS ORDERED that respondents' motion for extension of time to file a reply in support of the motion to dismiss **(ECF No. 72) is GRANTED** *nunc pro tunc*. **The deadline is extended to April 11, 2025.**

DATED: 2 April 2025.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE