AARON D. FORD
 Attorney General
ELSA FELGAR (Bar No. 16076)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
100 N. Carson St.
Carson City, NV 89701
(775) 684-1115 (phone)
(775) 684-1108 (fax)
efelgar@ag.nv.gov
*Attorneys for Respondent*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PETER COCA,<br><br>      Petitioner,<br><br>vs.<br><br>WARDEN BRIAN WILLIAMS, *et al.*,<br><br>      Respondents. | Case No. 2:20-cv-01494-KJD-DJA<br><br>**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER (FIRST REQUEST)** |

      Respondents, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, hereby move this Court for an enlargement of time of sixty (60) days, up to and including January 2, 2026, in which to file and serve their answer to Peter Coca's (Coca) amended petition for writ of habeas corpus. ECF No. 18.

      This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings and other materials on file herein. There have been no prior enlargements of Respondents' time to file said answer, and this motion is made in good faith and not for the purpose of delay.

      RESPECTFULLY SUBMITTED this 3rd day of November, 2025.

                                      AARON D. FORD
                                      Attorney General

                                      By: /s/ Elsa Felgar
                                          ELSA FELGAR (Bar. No. 16076)
                                          Deputy Attorney General

**DECLARATION OF COUNSEL**

STATE OF NEVADA            )
                           : ss.
CARSON CITY                )

I, ELSA FELGAR, hereby state, based on personal knowledge and/or information and belief, that the assertions of this declaration are true:

1. I am a Deputy Attorney General in the Post-Conviction Division of the Nevada Attorney General's Office, and I make this declaration on behalf of Respondents' motion for enlargement of time.

2. By this motion, I am requesting a sixty (60) day enlargement of time, to and including January 2, 2026, to file the answer. This is the first request for enlargement of time, and this motion is made in good faith and not for the purpose of delay.

3. The response is presently due November 3, 2025.

4. On September 2, 2025, this Court denied Respondents' motion to dismiss. ECF No. 75. During that time, the State of Nevada was still subject to a "sophisticated, ransomware-based" cyberattack that forced our Office to close and disabled my ability to access our network and files. I did not gain access until approximately September 26, 2025. During that time, I continued to work to the best of my ability given the resources I had. The cyberattack caused delay in my productivity and a backlog in my caseload.

5. Since obtaining access, I have had to prioritize multiple matters in the United States Court of Appeals for the Ninth Circuit, including a reply brief and a response to petition for panel rehearing/rehearing en banc. Moreover, I have upcoming due dates for answering briefs in two additional Ninth Circuit matters. As for my federal matters, I filed a motion to dismiss, an opposition to motion for discovery, and a response to reply to answer.

6. Finally, I also handled an extradition hearing, multiple state habeas time computation cases, and conducted an extensive review of the record for a time-sensitive wrongful conviction compensation matter.

7. I have begun familiarizing myself with the present matter and the record. However, due to my past and upcoming due dates, I respectfully request an additional sixty (60) days to file my answer. It will also take into account the upcoming holidays and potential leave.

8. I contacted Petitioner's counsel regarding this request, and she does not oppose this enlargement of time.

Pursuant to 28 U.S.C. § 1746, Declarant herein certifies, under penalty of perjury, that the foregoing is true and correct.

Dated this 3rd day of November, 2025.

By: /s/ Elsa Felgar
ELSA FELGAR (Bar No. 16076)
Deputy Attorney General

## ORDER

IT IS SO ORDERED.

Dated this <u>18th</u> day of <u>November</u>, 2025.

_____
DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General and that on this 3rd day of November, 2025, I served a copy of the foregoing **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER (FIRST REQUEST),** by U.S. District Court CM/ECF electronic filing to:

Kimberly Sandberg
Assistant Federal Public Defender
411 E. Bonneville Ave Ste 250
Las Vegas, NV 89101
Kimberly_sandberg@fd.org

/s/ Amanda White