AARON D. FORD
  Attorney General
ELSA FELGAR (Bar No. 16076)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
100 N. Carson St.
Carson City, NV 89701
(775) 684-1115 (phone)
(775) 684-1108 (fax)
efelgar@ag.nv.gov
*Attorneys for Respondent*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PETER COCA,<br><br>   Petitioner,<br><br>vs.<br><br>WARDEN BRIAN WILLIAMS, *et al.,*<br><br>   Respondents. | Case No. 2:20-cv-01494-KJD-DJA<br><br>**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER (SECOND REQUEST)** |

Respondents, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, hereby move this Court for an enlargement of time of 21 days from the current due date of January 2, 2026, up to and including January 23, 2026, in which to file answer to Peter Coca's (Coca) amended petition for writ of habeas corpus. ECF No. 18.

This motion is made pursuant to Fed. R. Civ. P. 6(b) and Rule LR IA 6-1 of the Local Rules of Practice and is based upon the attached declaration of counsel. This is the second enlargement of time sought by Respondents to file the answer, and the request is brought in good faith and not for the purpose of delay.

RESPECTFULLY SUBMITTED this 2nd day of January, 2026.

AARON D. FORD
Attorney General

By: /s/ Elsa Felgar
  ELSA FELGAR (Bar. No. 16076)
  Deputy Attorney General

**DECLARATION OF ELSA FELGAR**

I, ELSA FELGAR, hereby declare, based on personal knowledge and/or information and belief, that the following is true:

1.    I am a Deputy Attorney General in the Post-Conviction Division of the Office of the Nevada Attorney General. I make this declaration on behalf of Respondents' motion for enlargement of time.

2.    The deadline to file the answer to the claims in the amended petition is currently January 2, 2026. I have been unable with due diligence to timely complete this pleading. Therefore, I am requesting a 21-day extension of time, up to and including January 23, 2026, to file the response.

3.    This motion is made in good faith and not for the purpose of delay.

4.    Since Respondents' previous request for enlargement of time filed on November 3, 2025, I filed a reply brief in Ninth Circuit Case No. 25-1565, and response in opposition to petition for rehearing and rehearing en banc in Ninth Circuit Case No. 23-15594. Moreover, I filed a federal habeas motion to dismiss in Case No. 2:23-cv-01977-JAD-EJY, a reply in support of a motion to dismiss in Case No. 2:23-cv-00097-ART-NJK, and a motion to strike and corresponding reply in Case No. 2:21-cv-00266-APG-NJK.

5.    I am currently balancing my time with a Ninth Circuit answering brief and a federal habeas reply in support of a motion to dismiss. I have reviewed the record in the present matter and drafted a significant portion of my answer. However, Respondents request an additional 21 days to complete the draft and edit the answer.

6.    I contacted Petitioner's counsel regarding this request. Counsel does not oppose this enlargement of time.

7.    Based on the foregoing, I respectfully request an enlargement of time of 21 days, up to and including January 23, 2026, in which to file the answer to the amended petition.

/ / /

/ / /

/ / /

/ / /

1      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and

2  correct.

3      Dated this 2nd day of January, 2026.

4

5                                    By:    /s/ Elsa Felgar
                                            ELSA FELGAR (Bar No. 16076)
6                                           Deputy Attorney General

7

8                                    **ORDER**

9      IT IS SO ORDERED.

10     Dated this 6th day of January, 2026.

11

12                                    _____
                                      DISTRICT COURT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General and that on this 2nd day of January, 2026, I served a copy of the foregoing **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER (SECOND REQUEST),** by U.S. District Court CM/ECF electronic filing to:

Kimberly Sandberg
Assistant Federal Public Defender
411 E. Bonneville Ave Ste 250
Las Vegas, NV 89101
Kimberly_sandberg@fd.org

/s/ April Markiewicz