Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Kimberly Sandberg
Assistant Federal Public Defender
New York State Bar No. 5152863
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Kimberly_Sandberg@fd.org


*Attorney for Petitioner Peter Coca

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Peter Coca,

       Petitioner,

    v.

Warden Brian Williams, *et al.*,

       Respondents.

Case No. 2:20-cv-01494-KJD-DJA

**Unopposed motion for extension of time to file a reply to answer**

**FIRST REQUEST**

Petitioner Peter Coca, by counsel, moves this Court for the entry of an order extending the time within which he must file a reply to answer by 60 days from March 16, 2026, to and including May 15, 2026.  The State, by Deputy Attorney General Elsa M. Felgar does not object to this request.

Respondents filed an answer to Coca's amended petition on January 30, 2026.[1] This is undersigned counsel's first request for an extension of time to reply to Respondents' answer. This motion is not filed for the purposes of delay but in the interests of justice, as well as in the interests of Coca.

Counsel's schedule and circumstances beyond her control have prevented her from drafting Coca's reply to answer by March 16, 2026. Counsel was appointed to a section 2241 case on February 6, 2026. Counsel had oral argument to the Ninth Circuit in *Brown v. Najera*, case no: 24-4725 on February 10, 2026. Counsel was appointed to a 2241 case (*Cisse v. Bernacke*) on February 23, 2026. Counsel filed an amended petition in *Cisse v. Bernacke*, case no:  2:26-cv-00387-JAD-BNW on March 11, 2026. Counsel has been drafting an answering brief to the Ninth Circuit in *Keller v. Garrett*, case no: 25-3779. Counsel has initial client visits during the week of March 16-20 (one in Ely, NV).

---

[1] ECF No. 85.

2

For these reasons, counsel respectfully asks this Court to grant Coca's request to extend the time for filing a reply to answer by 60 days until May 15, 2026.

Dated March 12, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Kimberly Sandberg*

Kimberly Sandberg
Assistant Federal Public Defender

IT IS SO ORDERED:

United States District Judge

Dated: ___3/16/2026_____

3